SEE

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

STATE OF ARIZONA, )
)
Plaintiff, ) NO. 282-GJ-441
)
vs. ) NOTICE OF SUPERVENING INDICTMENT
)
DAVID BENJAMIN BELL, )
c/o Pima County Adult Detention Center or ) CR20191686-001
6698 EAST PASEO DORADO )
TUCSON, AZ 85715-4718 )
)
)
Defendant. )
)
)

NOTICE IS HEREBY GIVEN that an Indictment has been filed in the above-captioned matter supervening the Complaint on file in Justice Court.

IT IS HEREBY ORDERED that the Clerk of Pima County Justice Court transmit all records in Precinct No. ONE, Cause No. 904886 to the Clerk of the Superior Court. The Defendant's initial appearance took place on the 12th day of April, 2019.

IT IS FURTHER ORDERED that the Defendant and his attorney of record, LEGAL DEFENDER, appear for arraignment at Pima County Superior Courthouse, 110 West Congress Street, Seventh Floor, Courtroom 796, Tucson, Arizona, at 1:00 p.m. on the 29th day of April, 2019.

**IF YOU FAIL TO APPEAR AS ORDERED, THE COURT MAY ISSUE A WARRANT FOR YOUR ARREST.**

Given under my hand and seal at the direction of the Court, with copy to the Defendant sent by mail this 22nd day of April, 2019.

GARY L. HARRISON
CLERK OF THE SUPERIOR COURT

By ___Nayeli Petersen___
Deputy Clerk

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF PIMA

| THE STATE OF ARIZONA,<br><br>              Plaintiff,<br>vs.<br><br>DAVID BENJAMIN BELL,<br><br>              Defendant. | CAUSE NO. _____<br><br>**ALLEGATION OF PRIOR AND/OR PENDING CONVICTION** |
|---|---|

The Pima County Attorney, under A.R.S. § 13-703, alleges that the defendant, DAVID BENJAMIN BELL, has previously been convicted of the offense(s) of:

POSSESSION OF DEADLY WEAPON BY PROHIBITED POSSESSOR, in Pima County Superior Court, Tucson, Arizona, cause number CR-20173657,

POSSESSION OF A DANGEROUS DRUG, in Pima County Superior Court, Tucson, Arizona, cause number CR-20173644,

POSSESSION OF A NARCOTIC DRUG AND POSSESSION OF A CONTROLLED SUBSTANCE, in San Francisco County Superior Court, California, cause number 14006136,

VIOLATION OF COMMUNITY SUPERVISION, in Alameda County Superior Court, Oakland, California, cause number 169394 and

CONVICTED PERSON IN POSSESSION OF A FIREARM, in Alameda County Superior Court, Oakland, California, cause number 167125.

In the event any of the above-listed convictions are not "historical prior felony convictions" as defined in A.R.S. § 13-105, such convictions will enhance the defendant's sentence pursuant to A.R.S. § 13-703 and *Ariz. ex rel. Romley v. Hauser*, 209 Ariz 539, 105 P.3d 1158 (2005) and/or A.R.S. § 13-3419.

                                                    BARBARA LAWALL<br>                                                    PIMA COUNTY ATTORNEY

                                                    _____<br>                                                    Deputy County Attorney

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF PIMA

| THE STATE OF ARIZONA, | CAUSE NO. _____ |
|---|---|
| Plaintiff, | **ALLEGATION OF COMMITTING A FELONY WHILE ON PROBATION, PAROLE, WORK FURLOUGH, COMMUNITY SUPERVISION OR ANY OTHER RELEASE OR ESCAPE FROM CONFINEMENT** |
| vs. | |
| DAVID BENJAMIN BELL, | |
| Defendant. | |

The Pima County Attorney hereby alleges, under A.R.S. § 13-708(C) and (E), that the defendant, DAVID BENJAMIN BELL, committed the offense(s) charged in this cause number while on probation for a conviction of a felony offense, or while on parole, work furlough, community supervision or any other release or escape from confinement for conviction of a felony offense, in Pima County Superior Court, Tucson, Arizona, cause number CR-20173644.

BARBARA LAWALL
PIMA COUNTY ATTORNEY

_____
Deputy County Attorney

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| THE STATE OF ARIZONA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID BENJAMIN BELL,<br><br>Defendant. | CAUSE NO. _____<br><br>ALLEGATION OF COMMITTING A FELONY WHILE ON PROBATION, PAROLE, WORK FURLOUGH, COMMUNITY SUPERVISION OR ANY OTHER RELEASE OR ESCAPE FROM CONFINEMENT<br><br>CR20191686-001 |

The Pima County Attorney hereby alleges, under A.R.S. § 13-708(C) and (E), that the defendant, DAVID BENJAMIN BELL, committed the offense(s) charged in this cause number while on probation for a conviction of a felony offense, or while on parole, work furlough, community supervision or any other release or escape from confinement for conviction of a felony offense, in Pima County Superior Court, Tucson, Arizona, cause number CR-20173644.

BARBARA LAWALL
PIMA COUNTY ATTORNEY

_____
Deputy County Attorney

FEB - 8 2019

FILED
2/7/19
GARY L. HARRISON, Clerk
_____ Dept

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| STATE OF ARIZONA,<br>　　　　　　　　Plaintiff,<br>vs.<br>BELL, David B.<br>　　　　　　　　Defendant. | CR-20173644-001<br><br>**PETITION TO REVOKE PROBATION AND ORDER**<br><br>Assigned to Division LF<br>The Honorable **KIMBERLY H. ORTIZ** |

On **February 26, 2018**, the above-named defendant was adjudged guilty of **Count One: Possession of a Dangerous Drug, Methamphetamine, a Class Four Felony, A.R.S. § 13-3407**, committed on **August 5, 2017** and was placed on **consecutive** probation for **three (3) years** commencing upon his absolute discharge from sentence of imprisonment in **CR-20173657-001**, to date from **October 12, 2018**. The attached written conditions were imposed and a copy given to the defendant.

　　　　**THE COURT IS HEREBY PETITIONED to:**

Revoke the defendant's probation because there is reason to believe the defendant violated the Conditions of Probation in that:

1)　　On December 18, 2018, the defendant had law enforcement contact and failed report to the APD, within 24 hours. (Condition 3)

2)　　On or about December 04, 31, 2018 and January 14, 2019, the defendant failed to report to the APD, as directed, and his whereabouts are unknown. (Condition 6)

~~3)~~　　On or about November 15, 19, 2018, the defendant failed to submit to drug testing as directed by ADP. (Condition 12)

4)　　On or about January 22, 24, 2019, the defendant failed to abide by his DCS case plan. (Condition 22)

[X]　　Issue a bench warrant for the arrest of the defendant. Adult Probation is authorized subpoena authority for fugitive apprehension.
　　　　[X] NCIC warrant/extradite　[ ] ACIC Arizona warrant

[ ]　　Bring the defendant before Division LF of the Superior Court in Pima County.

[ ]　　Issue a summons ordering the defendant to appear in Court.

[ ]　　Enter a Criminal Restitution Order for all outstanding assessments pursuant to A.R.S. § 13-805 (A) because the probationer has absconded.

In accordance with **A.R.S. § 13-903 (C)**, the probation period is being tolled as of **December 17, 2018**.

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF PIMA

| THE STATE OF ARIZONA, | CAUSE NO. |
| --- | --- |
| Plaintiff, | INDICTMENT |
| vs. | |
| 001-DAVID BENJAMIN BELL<br>002-SONYA DEE JACKSON | 282-GJ-441 |
| Defendant(s). | CR20191686-001 |

FILED
GARY L. HARRISON
CLERK, SUPERIOR COURT
04-22-19
2019 APR 22 PM 5:22
D. WANDELL, DEPUTY

The grand jurors of the County of Pima, in the name of the State of Arizona, and by its authority accuse DAVID BENJAMIN BELL AND SONYA DEE JACKSON, and charge that in Pima County:

COUNT ONE: POSSESSION OF DEADLY WEAPON BY PROHIBITED POSSESSOR, A CLASS FOUR FELONY

On or about the 12th day of April, 2019, DAVID BENJAMIN BELL, knowingly possessed a deadly weapon, to wit: HANDGUN, while having been convicted of a felony, in violation of A.R.S. § 13-3102A4.

COUNT TWO: POSSESSION OF A NARCOTIC DRUG, A CLASS FOUR FELONY

On or about the 12th day of April, 2019, SONYA DEE JACKSON knowingly possessed a narcotic drug, to wit: HEROIN, in violation of A.R.S. § 13-3408A1.

COUNT THREE: POSSESSION OF DRUG PARAPHERNALIA, A CLASS SIX FELONY

On or about the 12th day of April, 2019, SONYA DEE JACKSON unlawfully possessed drug paraphernalia, to wit: BAGGIE AND/OR PIPE AND/OR STRAW, in violation of A.R.S. § 13-3415A.

Tucson Police Dept: 1904120164

Known AKA's:   DAVID BELL(1), DAVID B BELL(1), DAVID ANTOINE BELL(1), SONYA DEE GRAHAM(2)

BARBARA LAWALL
PIMA COUNTY ATTORNEY

By: _____

Dated: 04/22/19

A True Bill

_____
Foreperson of the Grand Jury

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| THE STATE OF ARIZONA,<br><br>              Plaintiff,<br>vs.<br><br>DAVID BENJAMIN BELL,<br><br>              Defendant. | CAUSE NO. _____<br><br>ALLEGATION OF PRIOR AND/OR PENDING CONVICTION<br><br>CR20191686-001 |

The Pima County Attorney, under A.R.S. § 13-703, alleges that the defendant, DAVID BENJAMIN BELL, has previously been convicted of the offense(s) of:

POSSESSION OF DEADLY WEAPON BY PROHIBITED POSSESSOR, in Pima County Superior Court, Tucson, Arizona, cause number CR-20173657,

POSSESSION OF A DANGEROUS DRUG, in Pima County Superior Court, Tucson, Arizona, cause number CR-20173644,

POSSESSION OF A NARCOTIC DRUG AND POSSESSION OF A CONTROLLED SUBSTANCE, in San Franoisco County Superior Court, California, cause number 14006136,

VIOLATION OF COMMUNITY SUPERVISION, in Alameda County Superior Court, Oakland, California, cause number 169394 and

CONVICTED PERSON IN POSSESSION OF A FIREARM, in Alameda County Superior Court, Oakland, California, cause number 167125.

In the event any of the above-listed convictions are not "historical prior felony convictions" as defined in A.R.S. § 13-105, such convictions will enhance the defendant's sentence pursuant to A.R.S. § 13-703 and *Ariz. ex rel. Romley v. Hauser*, 209 Ariz 539, 105 P.3d 1158 (2005) and/or A.R.S. § 13-3419.

BARBARA LAWALL
PIMA COUNTY ATTORNEY

Deputy County Attorney

*[handwritten:]* Judge said we will Appoint you a Attorney from our office.
114 Penn. St. L. Rev. 119

THE DECEMBER INCIDENT Officer Kerns, Jason
12-18-2018 Mentioned in Official Report.
CR20181486-001 [SGUZMAN]

**SYNOPSIS**

On 12/19/2018 I was dispatched to 1252 S Craycroft Rd to Summit Ridge apartments reference a person shot.

Once on scene I can see the male that was shot laying on the sidewalk outside the of unit B-101 with a large number of people gathered around him. I removed the crowd and began looking for witnesses as Ofc. King (54040) rendered aid to the gunshot victim who was later identified as Jared Gavel.

Engine 9 and Medic 49 arrived on scene. Shortly after Jared was transported to UMC with non-life threating injuries. Ofc. King followed. (reference Ofc. King's supplement for further details)

As I looked at the large crowd for any possible witnesses, an individual named Reynaldo Lopez approached me stating he had some information. Reynaldo stated that he saw the victim arguing with a short heavy set female with a buzz cut and glasses wearing a black sweater and black pants. He said he heard Jared and the female arguing and as he kept walking he heard the shots fired. When he looked to see what happened, he stated he saw the victim on the ground and her run to a white car and drive away.

Officers canvased the south end of the building and discovered 7 shell casings in the parking lot, along with 3 strike marks as well.

I spoke to Carlos Enciso-ulloa who lives at the complex. Carlos said he just arrived home and was parking his car in the back lot of the complex. As he was getting out of his vehicle, he could see that Jared walking up and verbally arguing with someone else. Carlos said he could not see who Jared was arguing with because the individual was in a vehicle behind the dumpster so his view was blocked. Carlos said as Jared walked closer to the vehicle he began to hear the gun shots. Carlos said that he heard approximately 7 shots. Carlos also said it sounded like two different guns were being shot, but that he did not see Jared shoot a gun. At that point Carlos said Jared ran north through the complex and collapsed where he was discovered.

At 2129 hrs a nurse from TMC reported a person with a gunshot wound who was brought in by a female driver. The nurse was advised by the victim that the shooting occurred at 22nd St. (reference E183521159) He was transferred to UMC. Ofc. King also spoke to the man there. (reference Ofc. Kings supplement for further details)

Ofc. Hecht (101164) along with Ofc. Navarro (40872) remained at TMC with the female driver Michelle Lopez (See Supplement for further details)

Ofc. Farley (53662) spoke with Richard Fuller the security guard and Francisco Aguilar the resident of unit B-101 (reference supplement for further details)

I briefed Aggravated Assault Detective Gannon (49562) on the case. Crime scene responded to the scene and processed field photos and collected the shell casings for evidence. I cleared the crime scene at 0133 hrs.

NFI

**SUPPLEME..**

On 12/18/18 I responded to Banner University Medical Center to assist Ofc King (#54040).

On arrival, the victim Jared Gavel had just arrived. After initial examination by the staff of the hospital I photographed his injuries. Ofc Shope interviewed Jared while I stood by. Jared had 1 entry, 1 exit, and 1 other non entry wound. All wounds located on right side of chest. Jared also complained of hearing loss in his left ear.

Later, another individual who had initially been transported to Tucon Medical Center arrived at UMC. He was later identified as David Bell. I photographed David's injuries. Ofc King stayed with this subject.

Det S. Acevedo arrived to continue the investigation. I assisted Crime Scene in taking photographs of the clothing Jared was wearing. I later submitted the clothing into evidence at EPIC.

I stood by until cleared from the scene. I later uploaded my photos at the Midtown Substation.

This concluded my involvement

## PEOPLE

| NAME/ADDRESS | ROLE/DOB | AGE/RACE | SEX/FLAG | HAIR/EYES | HT/WT | LOCAL/SID/FBI |
|---|---|---|---|---|---|---|
| AGUILAR, FRANCISCO<br>1256 S CRAYCROFT RD, #B101, TUCSON, AZ 85711 | Other Person, 56<br>Incident Participant/I ..<br>1962(06/09/1962) | | M | Brown<br>Brown | (6)<br>220 | |
| BELL, DAVID B<br>9380 E PIKES PEAK DR, TUCSON, AZ 85710 | Other Person, 30<br>Victim, Black<br>Suspect<br>1988(11/13/1988) | | M | Black<br>Brown | (602)<br>198 | (TUCSONPD-329 ..<br>(AZ2551988 .. |
| ENCISO-ULLOA, CARLOS ALBERTO<br>1256 S CRAYCROFT RD, #B103, TUCSON, AZ 85711 | Witness, 19<br>Other Person Hispanic<br>1999(05/03/1999) | | M | Black | 601<br>185 | |
| FULLER, RICHARD A<br>6416 E TANQUE VERDE RD, #C, UNKNOWN, UNK 00000 | Incident 36<br>Participant/Inv/White,<br>Other Person<br>1982(04/06/1982) | | M | Brown<br>Green | (603)<br>200 | (TUCSONPD-244 ..<br>(AZ1678506 .. |
| GAVEL, JARED W<br>3932 N VISTA DE LA CIMA, PC, AZ 85750 | Other Person, 19<br>Victim White<br>1999(02/21/1999) | | M | Brown<br>Brown | (503)<br>234 | |
| HEBB, RONDESIA NICOLE<br>4638 E HOLMES ST, TUCSON, AZ 85711 | Other Person, 27<br>Witness White<br>1991(02/09/1991) | | F | Brown<br>Hazel | (511)<br>165 | (TUCSONPD-320 ..<br>(AZ2463942 .. |
| LOPEZ, MICHELLE LEE<br>NONE | Incident 36<br>Participant/Inv/Hispanic<br>Other Person<br>(09/03/1983) | | F | (Black)<br>(Brown) | (504)<br>(120) | (TUCSONPD-254 ..<br>(AZ1766045 .. |
| TATUM, APRIL<br>1256 S CRAYCROFT RD, #C203, TUCSON, AZ 85711 | Other Person, 24<br>Incident Black<br>Participant/I ..<br>1994(04/07/1994) | | F | | | |

## ORGANIZATIONS

| NAME | TYPE | ROLE | ADDRESS | NAME | TYPE | ROLE |
|---|---|---|---|---|---|---|
| VALLEY WIDE SECURITY - LP | Business | Employer Org. | 6416 E TANQUE VERDE RD #C, UNKNOWN, UNK 85715 | VALLEY WIDE SECURITY - LP | Business | Employer Org. |

## VEHICLES

| Desc | VIN # | YEAR | PLATE # | MAKE | STATE | MODEL | STYLE | ROLE | CO.. |
|---|---|---|---|---|---|---|---|---|---|
| 1YVHP80C275M36475<br>2007<br>MAZDA MZ6<br>4 DR SEDAN<br>Silver/Aluminum<br>AZ-CL51034 | 1YVHP80C2.. | 2007 | CL51034 | (MAZD) | AZ | (MZ6) | (4D) | Unspecified Vehicle, Evidence (Veh) | Silv.. |

[SGUZMAN]

# Departmental Report

| | | | | |
|---|---|---|---|---|
| **AGENCY** Tucson PD | **Detail** | **INCIDENT #** 1812180651 | **REPORT DATE** 12/18/2018 | **REPORT TIME** 21:15:00 |
| **BEGIN DATE** 12/18/2018 | **BEGIN TIME** 21:10:00 | **END DATE** 12/18/2018 | **END TIME** 21:15:00 | |
| **Division-Beat** TUCSON PD .. | **GRID** | **PRIORITY** | **STATUS** Open/Assigned | **STATUS DATE** 12/19/2018 |
| **STATUS NOTE** | | | | |
| **INCIDENT LOCATION** | | 1252 S CRAYCROFT RD, B101, TUCSON, AZ 85711 | | |
| **PRIMARY OFFICER** | | | | |

## CRIME TYPE

| SOURCE CRIME TYPE | CRIME TYPE |
|---|---|
| 13A | Aggravated Assault - Unspecified |
| ASSAULT, AGGRAVATED/OTHER | Aggravated Assault - Other |

## DOCUMENTS

| DOCUMENT | DATE |
|---|---|
| Tucson PD, Dispatch | 12/18/2018 |

## RELATED OBJECTS

| OBJECT | RELATION TYPE | RELATED OBJECT |
|---|---|---|
| VALLEY WIDE SECURITY - LP, 6416 E TANQUE VERDE RD #C, UNKNOWN, UNK 85715 | Organization Location | 6416 E TANQUE VERDE RD #C, UNKNOWN, UNK 85715 |
| N/A, N/A, UNKNOWN, UNK 00000 | Organization Location | N/A, UNKNOWN, UNK 00000 |
| VALLEY WIDE SECURITY - LP, 6416 E TANQUE VERDE RD #C, UNKNOWN, UNK 85715 | Employer | FULLER, RICHARD A White Male Apr 6, 1982 |
| N/A, N/A, UNKNOWN, UNK 00000 | Employer | GAVEL, JARED W White Male Feb 21, 1999 |

## OFFICER HISTORY

| BADGE # | NAME | ACT/NOTE | START DATE | END DATE | SHIFT/DATE | UNIT/STATION/RESPSTID |
|---|---|---|---|---|---|---|
| 102206 | SULLIVAN, VINCENT | ASSIST | | | | |
| 102558 | MEZENGHIE, SHEDEN | ASSIST | | | | |
| 33226 | POTTER, JOHN C | ASSIST | | | | |
| 35490 | MURPHY, KEVIN L | ASSIST | | | | |
| 46935 | BOGGIE, STEVEN MATTHEW | ASSIST | | | | |
| 50469 | MORALES, RICHARD M | ASSIST | | | | |
| 52267 | SCOTT, JAMES R | ASSIST | | | | |
| 53662 | FARLEY, CRYSTAL | ASSIST | | | | |
| 54040 | KING, LAURA | ASSIST | | | | |

*Motion to dismiss or Acquit...* **Duplicious Indictment** RS 1

```
                BEFORE THE 282ND GRAND JURY OF PIMA COUNTY
                              TUCSON, ARIZONA


STATE OF ARIZONA,                  )
                                   )
                PLAINTIFF,         )   No. 282-GJ-441
                                   )   No. CR20191686
vs.                                )
                                   )
001 DAVID BENJAMIN BELL,           )
002 SONYA DEE JACKSON,             )
                                   )
                DEFENDANT.         )
                                   )
```

**FILED MAY - 6 2019**

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Official Court Reporter's transcript of proceedings, had before the Pima County Grand Jury in secret session on the 22nd day of April, 2019, on the 16th Floor of the Pima County Legal Services Building, Tucson, Arizona.

**COPY**

Cynthia D. McDevitt, RPR
CR No. 50108
Official Court Reporter

PIMA COUNTY SUPERIOR COURT

```
 1                    P R O C E E D I N G S
 2              THE FOREPERSON:  This is case 282-GJ-441.
 3   There are 15 grand jurors present.  Those absent are
 4   Ruland.  There are no unauthorized persons present.
 5              The accused are David Benjamin Bell and
 6   Sonya Dee Jackson.  The proposed charges are:
 7   Possession of a deadly weapon by a prohibited possessor;
 8   possession of a narcotic drug; and possession of drug
 9   paraphernalia.
10              The witness is Detective St. Cyr.
11              (The witness entered the grand jury room.)
12              DETECTIVE TIMOTHY ST. CYR,
13   called as a witness herein, having been first duly
14   sworn, was examined and testified as follows:
15                        EXAMINATION
16   BY MR. RIZZI:
17       Q    Please state your name and tell us what you do
18   for a living.
19       A    Good morning.  Detective Timothy St. Cyr for
20   the Tucson Police Department.
21       Q    In your capacity as a detective with the Tucson
22   Police Department, do you have information regarding
23   David Bell and Sonya Jackson, specifically criminal
24   activity these two people were involved in on April 12,
25   2019 in Pima County?
```

| | | |
|---|---|---|
| 1 | A | I do. |
| 2 | Q | Please tell us about that. |
| 3 | A | On the listed date, Defendant Bell was arrested |

on an unrelated matter. He was wearing a backpack during that arrest. Search incident to the arrest, officers located a black revolver in the backpack along with a hat, clothing, and a can of AXE body spray. Post-Miranda, Bell states he did not know what was in the backpack and that someone named Shaggy gave him the hat in the backpack as well as the AXE body spray. When asked if his D.N.A. would be on the gun, Bell stated it shouldn't be but that he was reaching in to touch the AXE spray so it might be.

Records show that Defendant Bell has been convicted of a felony under a Case No. CR20173644 and that his rights have not been restored.

Jackson was also arrested on an unrelated matter and had a purse in her custody when she was arrested. Search incident to arrest, officers located baggies, a baggy with a brown substance suspected to heroin, a glass pipe with residue, and two cut straws in that purse.

Post-Miranda, Jackson initially said the purse is not hers but her pink phone was in the purse. She later states the purse was given to her and was her

```
 1    purse.  After her release, Jackson went to the station
 2    to claim the purse as hers.
 3              The suspected heroin weighed .252 grams without
 4    its packaging and tested positive on a field test for
 5    heroin.
 6              MR. RIZZI:  Okay.  Those are all my
 7    questions.
 8              THE FOREPERSON:  Does any member of the
 9    grand jury have a question?
10              Let the record show none.
11              You are excused.
12              (The witness was excused and left the grand
13    jury room.)
14              THE FOREPERSON:  Does anyone have any legal
15    questions for the Deputy County Attorney?
16              Let the record show none.
17              Is there anyone who is a witness, has a
18    direct or indirect interest in this case, or who has
19    knowledge of the suspect which would bias or prejudice
20    their ability to serve?
21              Let the record show none.
22              The court reporter and Deputy County
23    Attorney are excused.
24              MR. RIZZI:  The only thing is I just wanted
25    to read a quick admonition just because of the
```

1   possession of a deadly weapon by a prohibited possessor.
2   You know, we did hear that this person was convicted of
3   a felony in the past and obviously, that's relevant for
4   Count One
5              But I am going to ask that no one take that
6   -- no one try to guess what he was convicted of or base
7   their decision based on the fact solely that he was a --
8   I guess, for this charge, that's the only charge he's
9   faced with so it's really important for you to consider
10  it.  But don't try to only take into consideration that
11  he's a felon so, therefore, he committed this crime.
12  Only take into consideration for the limited purposes of
13  did he violate this statute because his rights have not
14  been restored.
15             Please raise your hand if there's someone
16  who cannot follow that admonition.
17             All right.  I don't see any hands.  Thank
18  you.
19             The court reporter and Deputy County
20  Attorney are excused.
21             (The Deputy County Attorney and court
22  reporter were excused and left the grand jury room.)
23             (The Deputy County Attorney and court
24  reporter entered the grand jury room and proceedings
25  resumed.)

```
 1         THE FOREPERSON:  No. 282-GJ-441, the
 2  charges are as read. -- or I'm sorry.  The accused are
 3  David Benjamin Bell and Sonya Dee Jackson.  The charges
 4  are as previously read.  By a vote of 15 to 0, the grand
 5  jury has returned a true bill on all counts.
 6         We will now go off the record for the
 7  purpose of lunch.  The grand jurors are reminded not to
 8  discuss any legal matters or cases under consideration
 9  with the County Attorney or any witnesses who may be in
10  the area.
11         We are now off the record.
12                     *****
13
14
15
16
17
18
19
20
21
22
23
24
25
```

*[handwritten annotations in margins: "call & write Zanes Law", "5/22/19 Attorney visited", "5/17/19 Attorney showed me a email of my letter from the State Bar", and upside-down text: "You can disguise yourself behind sails and lies but wait till a Minister on the inside"]*

CERTIFICATE

I, Cynthia D. McDevitt, do hereby certify that, as an Official Court Reporter for the Pima County Grand Jury, I was present at the foregoing proceedings before the grand jury; that while there, I took down in stenographic shorthand all the oral testimony adduced and the proceedings had; that my stenograph shorthand notes were transcribed by me; and that the foregoing pages contain a full, true and accurate transcript of the matter as set forth in the title page hereto.

/s/CYNTHIA D. MCDEVITT
_____
Cynthia D. McDevitt, RPR
Certified Court Reporter #50108

DATED: MAY 3, 2019

```
 1
 2    APPEARANCES:
 3              FOR THE STATE:
 4              DOMINIC RIZZI
                DEPUTY COUNTY ATTORNEY
 5              COUNTY ATTORNEY'S OFFICE
 6
                GRAND JURORS:
 7
                BISSONNETTE
 8              CASTANEDA
                COLE (FOREPERSON)
 9              CRUZ
                DEMMER
10              DONAHUE
                GREENE (BAILIFF)
11              GUNDY
                JAUCH (CLERK)
12              KELLY
                MANTHEY
13              MURPHY
                RODRIGUEZ
14              WEKE
                WHEELER
15
16
17
18
19
20
21              (Cynthia D. McDevitt was duly sworn to act
22    as Official Court Reporter herein.)
23
24
25
```